1  Gary R. Selvin, State Bar No. 112030
   Robin D. Korte, State Bar No. 182553
2  SELVIN WRAITH HALMAN LLP
   505 14th Street, Suite 1200
3  Oakland, CA 94612
   Telephone:   (510) 874-1811
4  Facsimile:   (510) 465-8976
   E-mail:  gselvin@selvinwraith.com
5           rkorte@selvinwraith.com

6  Attorneys for Defendants
   UNIGARD INSURANCE COMPANY and
7  QBE AMERICAS, INC.

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

| MENDOCINO WINE GROUP, LLC, | CASE NO.: |
|---|---|
| Plaintiff, | **FRCP 7.1 CORPORATE DISCLOSURE STATEMENT** |
| v. | Complaint Filed: September 11, 2015 |
| UNIGARD INSURANCE COMPANY, QBE AMERICAS, INC., and DOES 1 - 50, | |
| Defendants. | |

**FRCP 7.1 Corporate Disclosure Statement**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Unigard Insurance Company and QBE Americas, Inc. hereby make the following disclosures:

1. QBE Americas, Inc. is a Delaware corporation and is a wholly owned subsidiary of QBE Holdings, Inc., which is a wholly-owned subsidiary of QBE Atlantic, LLC, which is a wholly-owned subsidiary of QBE Investments (North America), Inc., which is a wholly-owned subsidiary of QBE Insurance Holdings, which is a wholly-owned subsidiary of QBE Insurance Group Limited.

2. Unigard Insurance Company is a Wisconsin corporation and is a wholly-owned subsidiary of QBE Regional Companies (N.A.), Inc., which is a wholly-owned subsidiary of QBE Holdings, Inc., which is a wholly-owned subsidiary of QBE Atlantic, LLC, which is a wholly-owned subsidiary of QBE Investments (North America), Inc., which is a wholly-owned subsidiary of QBE Insurance Holdings, which is a wholly-owned subsidiary of QBE Insurance Group Limited.

Dated:  December 31, 2015                SELVIN WRAITH HALMAN LLP

By: /s/ Gary R. Selvin
   Gary R. Selvin
   Robin D. Korte
   Attorneys for Defendants
   UNIGARD INSURANCE COMPANY and
   QBE AMERICAS, INC.

186349.doc

---

1

**FRCP 7.1 Corporate Disclosure Statement**