1  Gary R. Selvin, State Bar No. 112030
   Robin D. Korte, State Bar No. 182553
2  SELVIN WRAITH HALMAN LLP
   505 14th Street, Suite 1200
3  Oakland, CA 94612
   Telephone:    (510) 874-1811
4  Facsimile:    (510) 465-8976
   E-mail:  gselvin@selvinwraith.com
5           rkorte@selvinwraith.com

6  Attorneys for Defendants
   UNIGARD INSURANCE COMPANY and
7  QBE AMERICAS, INC.

8

9               IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  MENDOCINO WINE GROUP, LLC,          | CASE NO.:

13              Plaintiff,              | **NOTICE OF REMOVAL OF ACTION**
                                        | **UNDER 28 U.S.C. § 1441 (b)**
14          v.
                                        | Complaint Filed:  September 11, 2015
15  UNIGARD INSURANCE COMPANY, QBE
    AMERICAS, INC., and DOES 1 - 50,
16
                Defendants.
17

18

19      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

20      PLEASE TAKE NOTICE that Defendant UNIGARD INSURANCE COMPANY AND QBE

21  AMERICAS, INC. ("Defendants") hereby removes to this Court the state action described below.

22      1.      On September 11, 2015, an action was commenced in the Superior Court of the State

23  of California in and for the County of San Francisco, entitled *Mendocino Wine Group LLC v.*

24  *Unigard Insurance Company, QBE Americas, Inc.,* and Does 1-50, Case Number CGC-15-547876.

25      2.      This removal is timely because first date upon which Defendants were served with a

26  copy of the said complaint and a summons from the said state court on December 2, 2015.  In

27  accordance with 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders received by

28  Defendant are attached hereto as Exhibit "A".

                                    1
**Notice of Removal of Action Under 28 U.S.C. § 1441(b)**

1    3.    This action is a civil action of which this Court has original jurisdiction under 28

2    U.S.C. §1332, and is one which may be removed to this Court by defendant pursuant to the

3    provisions of 28 U.S.C. §1441 (b) in that it is a civil action between citizens of different states and the

4    matter in controversy exceeds the sum of $75,000, exclusive of interest and costs because plaintiff

5    claims "several hundred thousands of dollars" in damages for breach of contract.

6    4.    Complete diversity of citizenship exists in that; Defendant QBE Americas Inc. was

7    and is a corporation incorporated under the laws of the State of Delaware and having its principal

8    place of business in the State of Wisconsin and Unigard Insurance Company was and is a corporation

9    incorporated under the laws of the State of Wisconsin having its principal place of business in the

10   State of Wisconsin.  These are the only defendants in this action.  Plaintiff is a California corporation

11   with its principal place of business in Ukiah, California within Mendocino County.

12   5.    Concurrently with this Notice of Removal, Defendants will file a copy of this Notice

13   with the Superior Court of San Francisco County, California.  In accordance with 28 U.S.C.

14   §1446(d), Defendants will give written notice to Plaintiff by contemporaneously serving this Notice

15   of Removal on Plaintiff.

16                                    **CONCLUSION**

17       For the foregoing reasons, Defendants respectfully request that this civil action be, and is

18   hereby, removed to the United State District Court for the Northern District of California, that this

19   Court assume jurisdiction of this civil action, and that this Court enter such other and further orders as

20   may be necessary to accomplish the requested removal and promote the ends of justice.

21   Dated:  December 31, 2015                    SELVIN WRAITH HALMAN LLP

22

23                                               By: s/ Robin D. Korte
                                                     Gary R. Selvin
24                                                   Robin D. Korte
                                                     Attorneys for Defendants
25                                                   UNIGARD INSURANCE COMPANY and
                                                     QBE AMERICAS, INC.
26

27   186332.doc

28

                                          2
**Notice of Removal of Action Under 28 U.S.C. § 1441(b)**