UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MENDOCINO WINE GROUP, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>QBE AMERICAS, INC., et al.,<br><br>　　　　Defendants. | Case No. 15-cv-06342-HSG<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. Nos. 10, 17 |

　　Plaintiff Mendocino Wine Group, LLC, filed this action in San Francisco County Superior Court on September 11, 2015. Dkt. No. 4. Defendants removed the action to this Court on January 4, 2016. *Id.* On January 7, 2016, Defendants moved to dismiss the complaint, and accordingly, the opposition deadline was January 25, 2016. Dkt. Nos. 10, 16, 17. Plaintiff failed to file an opposition to Defendants' motion to dismiss prior to the Court's deadline, and on January 29, 2016, Defendants filed a notice of non-opposition. Dkt. No. 18.

　　The Court hereby **ORDERS** Plaintiff to show cause why the Court should not grant Defendants' motion to dismiss for failure to oppose. Plaintiff must file a statement of two pages or less by February 3, 2016, that responds to this Order.

**IT IS SO ORDERED.**

Dated: 2/1/2016

　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge