Gary R. Selvin, State Bar No. 112030
Robin D. Korte, State Bar No. 182553
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:   (510) 874-1811
Facsimile:    (510) 465-8976
E-mail:  gselvin@selvinwraith.com
             rkorte@selvinwraith.com

Attorneys for Defendants
UNIGARD INSURANCE COMPANY and
QBE AMERICAS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| MENDOCINO WINE GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNIGARD INSURANCE COMPANY, QBE AMERICAS, INC., and DOES 1 - 50,<br><br>Defendants. | CASE NO.: 3:15-CV-06342-HSG<br><br>*Case Assigned To:*<br>*Honorable Haywood S. Gilliam, Jr.,*<br>*Courtroom 15, 18th Floor*<br><br>**ORDER**<br><br>Complaint Filed:  September 11, 2015 |

ALL PARTIES HAVING STIPULATED, this Court ORDERS:

The hearing of Defendants Motion to Dismiss and Strike currently set for March 24, 2016 at 2:00 p.m. is moved to March 31, 2016 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: February 18, 2016

_____
JUDGE HAYWOOD S. GILLIAM, JR.

1

[Proposed] Order                                                    CASE NO.: 3:15-CV-06342-HSG