LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

KHALDOUN A. BAGHDADI (SB 190111)
kbaghdadi@walkuplawoffice.com
SARA M. PETERS (State Bar #260610)
speters@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF**
MENDOCINO WINE GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MENDOCINO WINE GROUP, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>UNIGARD INSURANCE COMPANY, QBE AMERICAS, INC., and DOES 1-50,<br><br>        Defendants. | Case No. 3:15-cv-06342-HSG<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE DEADLINE TO COMPLETE MEDIATION** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Whereas, the parties have met and conferred regarding their schedules and mediators;

Whereas, Defendants' motion to dismiss has been taken under submission;

Whereas, the parties agree and respectfully suggest that an extension of time to complete mediation would make sense for counsel and their clients;

In light of the foregoing, the parties stipulate and respectfully request that the deadline to complete mediation be extended by 45 days from June 15 to August 1, 2016.

Respectfully submitted,

| | |
|---|---|
| Dated: May 26, 2016 | WALKUP, MELODIA, KELLY & SCHOENBERGER |

*/s/ Khaldoun A. Baghdadi*
KHALDOUN A. BAGHDADI
Attorneys for Plaintiff MENDOCINO WINE GROUP, LLC

Dated: May 26, 2016     SELVIN WRAITH HALMAN, LLP

*/s/ Gary R. Selvin*
GARY R. SELVIN
Attorneys for Defendants UNIGARD INSURANCE COMPANY, QBE AMERICAS, INC.

## ORDER TO CONTINUE DEADLINE TO COMPLETE MEDIATION

The parties' stipulation is adopted and IT IS SO ORDERED. The deadline to complete mediation is hereby extended by 45 days from June 15 to August 1, 2016.

Dated: June 1, 2016

HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
Joint Stipulation & [Proposed] Order to Continue Deadline to Complete Mediation
Case No. 3:15-cv-06342-HSG