Gary R. Selvin, State Bar No. 112030
Robin D. Korte, State Bar No. 182553
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:   (510) 874-1811
Facsimile:    (510) 465-8976
E-mail:   gselvin@selvinwraith.com
              rkorte@selvinwraith.com

Attorneys for Defendants
UNIGARD INSURANCE COMPANY and
QBE AMERICAS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| MENDOCINO WINE GROUP, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>UNIGARD INSURANCE COMPANY, QBE AMERICAS, INC., and DOES 1 - 50,<br><br>          Defendants. | CASE NO.: 3:15-CV-06342-HSG<br><br>*Case Assigned To:*<br>*Honorable Haywood S. Gilliam, Jr.,*<br>*Courtroom 15, 18th Floor*<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE DEADLINE TO COMPLETE MEDIATION**<br><br>Complaint Filed:  September 11, 2015 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Whereas, the parties have met and conferred regarding their schedules and mediators;

Whereas, Defendants' motion to dismiss has been taken under submission;

Whereas, the parties agree and respectfully suggest that an extension of time to complete mediation would make sense for counsel and their clients pending a ruling on the motion to dismiss;

In light of the foregoing, the parties stipulate and respectfully request that the deadline to complete mediation be extended by 45 days from August 1, 2016 to September 15, 2016.

Respectfully submitted,

1

**Joint Stipulation and [Proposed] Order to Continue Deadline to Complete Mediation**
**CASE NO.: 3:15-CV-06342-HSG**

| | |
|---|---|
| Dated: July 13, 2016 | SELVIN WRAITH HALMAN, LLP |

*/s/ Gary R. Selvin*
GARY R. SELVIN
Attorneys for Defendants UNIGARD INSURANCE COMPANY, QBE AMERICAS, INC.

| | |
|---|---|
| Dated: July 13, 2016 | WALKUP, MELODIA, KELLY & SCHOENBERGER |

*/s/ Khaldoun A. Baghdadi*
KHALDOUN A. BAGHDADI
Attorneys for Plaintiff MENDOCINO WINE GROUP, LLC

**ORDER TO CONTINUE DEADLINE TO COMPLETE MEDIATION**

The parties' stipulation is adopted and IT IS SO ORDERED. The deadline to complete mediation is hereby extended by 45 days from August 1, 2016 to September 15, 2016.

Dated: July 15, 2016

HON. HAYWOOD GILLIAM, JR.
United States District Court Judge