LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

KHALDOUN A. BAGHDADI (SB 190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF**
MENDOCINO WINE GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MENDOCINO WINE GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNIGARD INSURANCE COMPANY, QBE AMERICAS, INC., and DOES 1-50,<br><br>Defendants. | Case No. 3:15-cv-06342-HSG<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE DEADLINES TO RESPOND AND REPLY TO DEFENDANT UNIGARD INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Whereas, the parties have met and conferred regarding their schedules;

Whereas, there is a motion to dismiss under submission;

Whereas, plaintiff's counsel will be starting trial on September 21, 2016 in Dallas;

Whereas, the parties agree and respectfully suggest that an extension of time for both sides to respond and reply would make sense for counsel and their clients;

In light of the foregoing, and given that the hearing on this motion is set for November 17, 2016, the parties stipulate and respectfully request that the deadline for the plaintiff's response be continued from September 23, 2016 to September 30, 2016, and that the deadline for defendant's reply be continued from September 30, 2016 to October 7, 2016.

Respectfully submitted,

Dated:  September 14, 2016          WALKUP, MELODIA, KELLY & SCHOENBERGER

*/s/ Khaldoun A. Baghdadi*
KHALDOUN A. BAGHDADI
Attorneys for Plaintiff MENDOCINO WINE GROUP, LLC

Dated:  September 14, 2016          SELVIN WRAITH HALMAN, LLP

*/s/ Gary R. Selvin*
GARY R. SELVIN
Attorneys for Defendants UNIGARD INSURANCE COMPANY, QBE AMERICAS, INC.

### ORDER TO CONTINUE DEADLINES TO RESPOND AND REPLY TO DEFENDANT UNIGARD INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

The parties' stipulation is adopted and IT IS SO ORDERED.  The deadline for the plaintiff's response is continued from September 23, 2016 to September 30, 2016, and that the deadline for defendant's reply is continued from September 30, 2016 to October 7, 2016.

Dated:  September 15, 2016

HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

2
JOINT STIPULATION AND ORDER TO CONTINUE DEADLINES TO RESPOND AND REPLY TO DEFENDANT UNIGARD INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT - CASE NO. 3:15-CV-06342-HSG